## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   19-mj-00244-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CIPRIAN VIDICAN,
      a/k/a TOCHI

    Defendant.

---

## GOVERNMENT'S MOTION TO UNRESTRICT CASE AND SELECTED DOCUMENTS

---

The United States of America, by and through Tim Neff, Assistant United States Attorney, hereby respectfully moves the Court, to unrestrict the Case and selected documents to include the Complaint and Arrest Warrant for the purposes as set forth herein.

In support of the request, the Government states as follows:

1.  On October 31, 2019, the Court issued a Complaint and Arrest Warrant for the above Defendant.   Upon the Motion of the Government, the Court restricted to Level 3 the case and connected documents including the Complaint, Arrest Warrant, and Affidavit in Support of the Complaint [#4]. The Court directed that these items were to be "restricted at Level 3 until further order of the Court."

1

2. On November 8, 2019, undersigned counsel for the Government was advised by federal agents that the Defendant was arrested in the Eastern District of New York on the above referenced Complaint. Because the Defendant is now in custody and is aware of the Government's charges, the original purpose for keeping the case and connected documents (specifically, the Complaint and Arrest Warrant) restricted no longer exists. Further, the Defendant is awaiting his initial appearance in federal court in the Eastern District of New York necessitating that these matters be unrestricted.

3. However, as it relates to the Affidavit in Support of the Criminal Complaint, the Government requests that a restriction to Level 2 is appropriate under D.C.Colo.LCrR 47.1. Specifically, the Affidavit sets forth specific details of the investigation including the names of cooperating witnesses with the Government, evidence collected to date as it relates to other uncharged coconspirators, and the potential direction of the ongoing investigation. Revelation of such information contained in the Supporting Affidavit to the public at this time could jeopardize the investigation by giving additional target(s) an opportunity to flee from prosecution and destroy or tamper with evidence in the investigation. Continuing to restrict public access to the Affidavit is the only practicable way to maintain the secrecy of the investigation and protect these concerns. At the same time, a Level 2 restriction will allow the Government to share the Affidavit with the Defendant

and his counsel, which allows the Defendant the opportunity to begin mounting his defense.

WHEREFORE, the Government respectfully requests that the case and related documents, specifically, the Criminal Complaint and Arrest Warrant, be unrestricted.

FURTHER, the Government requests that the Affidavit in Support of the Criminal Complaint be restricted at Level 2 until further order of the Court.

Respectfully submitted this 8th day of November, 2019.

JASON R. DUNN
United States Attorney

*s/ Tim Neff*
Tim Neff
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Email: tim.neff@usdoj.gov

## CERTIFICATE OF SERVICE

       I hereby certify that on this 8th day of November, 2019, I electronically filed the foregoing **GOVERNMENT'S MOTION TO UNRESTRICT CASE AND SELECTED DOCUMENTS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                *s/ Amy McDaniel*
                Amy McDaniel
                Legal Assistant
                United States Attorney's Office
                1801 California Street, Suite 1600
                Denver, CO 80202